Scanned at CDCR and E-Mailed
on _12/31/24_ by ___MN___
(date)          (Initials)
Number of pages scanned:
_____25_____

JACOB CASIAS, CDCR#: AS5750
Name and Prisoner/Booking Number
California Health Care Facility
Place of Confinement
P.O. Box 213040
Mailing Address
Stockton, CA 95213
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
Dec 31, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED

JAN 2 2 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JACOB CASIAS ,
(Full Name of Plaintiff)          Plaintiff,

v.

(1) F. TAPIA-ALCAZAR, JR. ,
(Full Name of Defendant)
(2) T. TUCKER ,
(3) GARCIA ,
(4) ARMINATA ,
                    Defendant(s).
☑ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)  CASE NO.  ~~2:24-cv-3795-JDP (PC)~~
)          (To be supplied by the Clerk)
)
)  DEMAND FOR JURY TRIAL
)  CIVIL RIGHTS COMPLAINT
)       BY A PRISONER
)
)  ☑ Original Complaint
)  ☐ First Amended Complaint
)  ☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331: Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: Salinas Valley State Prison

## Additional Defendants

4. D. LEON, Correctional Officer. (5).

6. A. Morales, Correctional Officer. (6).

8. M. Miranda, Correctional Officer. (7).

10. Y. Washington, Correctional Officer (8).

12. E. Barbosa, Correctional Officer. (9).

14. McNail, Correctional Officer. (10).

16. Doe-I, Psychologist

18. Doe-II, Psych. Tech.
19. Doe-III, Psych. Tech.
20. Doe-IV, Psych. Tech.

1-A

## B. DEFENDANTS

1. Name of first Defendant: *F. TAPIA- ALCAZAR,JR.* . The first Defendant is employed as: *Correctional Officer* at *Salinas Valley State Prison* .
   (Position and Title)                                    (Institution)

2. Name of second Defendant: *T. TUCKER* . The second Defendant is employed as: *Correctional Officer* at *Salinas Valley State Prison* .
   (Position and Title)                                    (Institution)

3. Name of third Defendant: *GARCIA* . The third Defendant is employed as: *Correctional Officer* at *Salinas Valley State Prison* .
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: *ARMINATA* . The fourth Defendant is employed as: *Correctional Officer* at *Salinas Valley State Prison* .
   (Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? *Ø* . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: *N/A* _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: *N/A* _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: *N/A* _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Eighth & Fourteenth Amendments, Cruel And Unusual Punishment- Due Process.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - [ ] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [X] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On Monday April 24, 2023 at approximately 1238 hours, at Salinas Valley State Prison's, Z9-Administrative Segregation Unit (ASU), Cell-143-Low, Defendant Sargeant M. MEYER gave the order to open my cell-143. Defendant Officer, E. BARBOSA, who was in the lead position with a shield followed by Defendants Officers, E. TAPIA-ALCAZAR, JR.; M. MIRANDA; A. MORALES; Y. WASHINGTON; and D. LEON.
   Plaintiff was forced to the floor by all the Defendants that entered his cell-143. While I was completely helpless on the floor, Defendant E. TAPIA-ALCAZAR, JR., was kneeing with his full body weight on my neck and I was unable to breath. I tried telling him "I can't breath" but was unable to do so because of the weight of his body and knee on my neck.
   Defendant T. TUCKER, forcefully and aggressively grabbed my right hand bending and holding it back to my wrist, as Defendants E. BARBOSA; M. MIRANDA; A. MORALES; Y. WASHINGTON; (SEE ATTACHED 3A)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   E. Tapia-Alcazar, Jr., kneeing with his full weight on my neck; and T. Tucker grabbed my right hand "bending it all the way back to my wrist; All other Defendants sat on me holding me down. Injuring my back.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [X] Yes [ ] No
   b. Did you submit a request for administrative relief on Claim I? [X] Yes [ ] No
   c. Did you appeal your request for relief on Claim I to the highest level? [X] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Notification by the Office of Appeals that their time had expired to answer the Appeal. (See Attached.)

3

1  and D. LEON, all were sitting with their full weight on
2  me holding me down as I couldn't breath. Plaintiff
3  was not resisting at all when Defendant E. BARBOSA,
4  utilizing serious physical and excessive force by
5  grabbing my left wrist placing it behind my back,
6  and then bending it all the way up to the base
7  of my neck. And held it there, as he utilized his
8  handcuffs.
9      Plaintiff was experiencing some serious
10  mental health symptoms(i.e., hearing voices,
11  seeing things, extreme anxiety, depression,
12  and suicidal ideation, all the while telling the
13  Defendant's that I'm going to hang my self. Now
14  Plaintiff recognized that he was not thinking
15  straight.
16      Plaintiff also frantically and repeatedly
17  informed Defendant Doe-I, 79-ASU, Psychologist
18  Defendants Doe-II, through Doe-IV, Psych.
19  Techs., on duty in ASU, that same day.
20      Defendants at all times relevant herein
21  were Correctional Officers, Medical, and Mental
22  Health Care Staff members. At SVSP, ASU, acted
23  under color of State Law, in the course and
24  scope of their employment.
25      Because the handcuffs were put on so
26  tightly, Plaintiff had deep cuts on his hands
27  and wrist that bleeding. The Investigative
28  Services Unit (ISU), took the following

3-A

1  evidence photographs. Close up views of

2  Plaintiff's right and left hand and wrist,

3  index finger showing blood, cuts and swelling.

4     During this process of the emergency

5  Cell entry by Defendants. Plaintiff severely

6  injured his lower back as a result of the

7  Defendant's actions when they entered his

8  cell on April 24, 2023. Requiring serious

9  lower back surgery in April, 2024.

10     Plaintiff has suffered as a result of this

11  attack by Defendants Officers J. TUCKER; F.

12  TAPIA-ALCAZAR. JR, Y WASHINGTON; A. MORALES,

13  and E. BARBOSA. And has continued to

14  suffer serious injury and pain in his back,

15  wrists, shoulder, hands, and headaches pains,

16  with serious paranoia of Correctional Staff.

17  and emotional pain.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Eighth Amendment - Deliberate Indifference

2. **Claim II.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☒ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On/or about April 23, 2023, through June 29, 2023, Plaintiff, over and over again requested mental health care and treatment. And informed Defendant Doe-1, Psychologist on duty and assigned to the Administrative Segregation Unit (ASU) at Salinas Valley State Prison (SVSP). That I was suicidal and had plans to hang myself. But upon information and belief, none of the Defendants called for a Crisis Intervention Team (CIT) to ASU for a suicide assessment as required by the California Department of Corrections and Rehabilitation (CDCR).

   On June 29, 2023, Plaintiff was experiencing some serious mental health symptoms (i.e., hearing voices, seeing things, anxiety, deep depression and strong, suicidal ideations - planning to hang myself. Plaintiff informed Defendants Correctional Staff, Mental Health Staff and the Psych Techs on duty in ASU, that day, Doe-1 through Doe-VIII. That I'm going to hang myself. But upon information and belief, All of the Defendants on duty refused to

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Self-harm, hung myself using a prison sheet from the call light fixture. Injuring my back and neck.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim II?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I was unable to fill an appeal due to mental illness for many months. I was housed in Psychiatric Inpatient Program.

1  contact the CIT.
2      Later on that day, after many pleas for
3  help. Plaintiff removed the sheet from off his
4  bed, made a noose, put it around his neck
5  and then hung hisself from the light
6  fixture in the cailing of the cell.
7      Defendants Doe-I, through Doe-IV., did
8  an emergency call entry and found
9  Plaintiff hanging from the light fixture with
10  a sheet around his neck, and cut Plaintiff
11  down. Plaintiff was unresponsive, and had
12  to be rushed to Control Medical-(TTA), for
13  emergency medical treatment.
14      Each and everyone of these Defendants,
15  acted under color of State Law, in the course
16  and scope of their employment. And are the
17  cause of Plaintiff's injures.
18      Defendants had actual knowledge of all
19  Plaintiff's past suicide attemps and were
20  objectively aware of the high risk of
21  Plaintiff hanging himself in ASU. Based on
22  the Stretegic Offender Managament System
23  (SOMS), documenting Plaintiff's suicide attempt
24      These Defendants know or should have
25  known that Plaintiff would hang himself, Due
26  to their inactions posed an unjustifiably
27  high risk of harm, And as a result Plaintiff
28  was harmed by the lack of Mental Health Care

4-A

## CLAIM III

1. State the constitutional or other federal civil right that was violated: **Eighth Amendments Cruel and Unusual Punishment**

2. **Claim III.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: **Emotional Injury**
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On Monday April 24, 2023, through June 29, 2023 Plaintiff suffered serious Emotional Injuries, Due to these Defendants actions on the emergency cell entry by officers E. TAPIA-ALCAZAR, JR, kneeling on my neck, officer T. TUCKER, bending my right hand back to my wrist and officer E. BARBOSA, grabbing my left wrist and forcing it behind my back up to the base of my neck.

   On June 28, 2023 Plaintiff repeatedly asked Defendants John Does and Jane Does, 1-through-XIII, Psychologist, Psych techs, and Correctional officers on duty First, Second, and Third Watches, To call for the Crisis Intervention Team (CIT).

   But upon information and belief, Defendants refused to notify the CIT. Early the morning of June 29, 2023, Plaintiff removed his bed sheet, and made a noose, and put it around his neck and hung himself from the light.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Anxiety, Fear, Nervousness, Joint Ache And Pains, IBS, Loss of Appetite, Sleeplessness, Back Surgery, Neck Pain, Nightmares.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Declaratory, Compensatory and Punitive Damages in
the Amount of $1999,900.00, from each Defendant
Jointly and severally.
Defendants are sued herein in their individual
capacity.
Each Defendant acted under color of State Law, in
course and scope of their employment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 1/15/25 _____
                        DATE

X _____
            SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach
more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach
additional pages, be sure to identify which section of the complaint is being continued and number all pages.
Remember, there is no need to attach exhibits to your complaint.

California Health Care Facility

Name: JACOB CASIAS    CDCR #: AS-5750

Facility: ____ D    Bldg.: D6A    Cell: 114

P.O. Box: 213040

Stockton, CA 95213

INMATE MAIL

quadient

FIRST-CLASS MAIL
IMI

$001.25

01/16/2025  ZIP 95215
043M32206974

US POSTAGE

RECEIVED

JAN 2 2 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

US DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-9680

9410283489 C004

c/o S. Sacramento #740813

Joel Weel

1-15-2025