1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA
10

11    JACOB CASIAS,

         Plaintiff,

12       v.

13

14    F. TAPIA-ALCAZAR, JR., et al.,

         Defendants.

15
16

Case No. 25-cv-00316 BLF (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO IDENTIFY DOE DEFENDANTS**

(Docket No. 25)

17

18    Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42

19    U.S.C. § 1983 against correctional officers and mental health staff at Salinas Valley State

20    Prison ("SVSP"), where he was previously confined.  Dkt. No. 9.  On May 6, 2025, the

21    Court screened the complaint, found it stated cognizable claims, and ordered the matter be

22    served on Defendants.  Dkt. No. 20.  Plaintiff was also directed to identify John Doe

23    Defendants through discovery and file a motion to amend to add their proper names to this

24    action within fifty-six days from the date the order was filed, i.e., by July 1, 2025.  *Id.* at 7.

25    Plaintiff has filed a letter requesting an extension of 60-90 days to name the Doe

26    Defendants because he has yet to engage in discovery.  Dkt. No. 25.  Plaintiff states that he

27    has been transferred to three different prisons in the past three weeks, hospitalized for back

28    problems, and on suicide watch; he also does not have his legal paperwork.  *Id.* at 1.  Good

United States District Court
Northern District of California

cause appearing, the request is **GRANTED**.

Plaintiff shall proceed with discovery as soon as possible and file a motion to amend the proper names of Doe Defendants **no later than September 23, 2025,** which is an extension of eighty-four (84) days from the original deadline of July 1, 2025.

**IT IS SO ORDERED.**

**Dated:  _July 31, 2025_____**

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT
PRO-SE\BLF\CR.25\00316Casias_eot-DoeDefs

United States District Court
Northern District of California

2