IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACOB CASIAS,** | Case No. 25-cv-00316 BLF (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| **F. TAPIA-ALCAZAR, JR., et al.,** | |
| Defendants. | |

Defendants moved to change the time to file their dispositive motion. Having read and considered Defendants' motion for administrative relief to change time and the declaration of Defendants' counsel supporting the motion, and for good cause appearing, the motion is GRANTED.

Defendants may file and serve a dispositive motion on or before November 4, 2025. Plaintiff shall file an opposition to Defendant's dispositive motion twenty-eight days after the motion is filed and served, and Defendant may reply within fourteen days after the opposition is filed and served.

Dated: August 5, 2025

The Honorable Beth Labson Freeman
United States District Court Judge

1